(Republished)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW RODWELL, Appellant.—Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on May 16, 1985, unanimously affirmed. No opinion. Concur—Murphy, P. J.,

Ross, Asch, Rosenberger and Smith, JJ. [133 AD2d 552.]